☒ FILED    ☐ LODGED

**Aug 02 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# RETURN

Case No.: 22-01887MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8-2-22 | 8-2-22  2:12 PM | N/A |

**INVENTORY MADE IN THE PRESENCE OF**

A. Ataide / W. Akins

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Packaging material

20 grams Trembolone Enanthate

135 grams Testosterone Cypionate

## NOT EXECUTED

☐ This Warrant was Not Executed.
(check this box if the warrant was never executed and leave the sections above blank.)

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 8-2-22

_____
Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title